UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH WARRANTS | ) ) ) ) ) ) ) ) ) | Cause Numbers:<br><br>1:18-mj-1189<br>1:18-mj-1190<br>1:18-mj-1191<br>1:18-mj-1192<br>1:18-mj-1193 |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Amanda Kester, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Amanda Kester
Assistant United States Attorney